James E. Doherty (*Pro Hac Vice*)
**ALCOTT LAW GROUP, PLLC**
205 East 42nd Street, 16th Floor
New York, NY 10017
Tel.: 646-844-0147
Fax: 646-844-3879
JEDohertylaw@gmail.com
dalcott@alcottlaw.com
mrosenthal@alcottlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Square Foot Gardening Foundation, Inc., A New York Not-For-Profit Corporation,<br><br>Plaintiff,<br>v.<br><br>Western Organics, Inc., an Arizona Corporation, d/b/a Gro-Well Brands, Inc.; Alan Langer, an individual; and John Does 1-10,<br><br>Defendants. | No.<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Square Foot Gardening Foundation, Inc., Plaintiff herein, in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure.

Square Foot Gardening Foundation, Inc. hereby declares that there is no publicly held corporation that owns 10% or more of its stock.

1

A supplemental disclosure statement will be filed upon any change to the information provided herein.

DATED this 9th day of February, 2018.

                                              **ALCOTT LAW GROUP**

By:     ___s/James E Doherty_____
           James E. Doherty, Counsel
           *Pro Hac Vice*
           205 East 42nd Street, 16th Floor
           New York, NY 10017

**Attorneys for Plaintiff**