# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Square Foot Gardening Foundation Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Western Organics Incorporated, et al.,<br><br>Defendants. | No. CV-18-00467-PHX-GMS<br><br>**ORDER** |

Upon Stipulation of the parties (Doc. 35), pursuant to Rule 41(a)(A)(ii), and good cause appearing,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

Dated this 11th day of October, 2018.

_____
G. Murray Snow
Chief United States District Judge